UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:25-cr-18(7)

vs.

MATTHEW WALLS, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. No. 179); AND (2) REFERRING THIS CASE TO MAGISTRATE JUDGE CAROLINE H. GENTRY FOR RECONSIDERATION OF THE UNDERLYING DETENTION ORDER (Doc. No. 151)**

---

This criminal case is before the Court on Defendant's motion for reconsideration (Doc. No. 179) of an Order which served to deny him a bond (Doc. No. 175). The Government has not filed an opposition to the motion and the time for doing so has passed. In his motion, Defendant claims, through counsel, that he "has acquired additional information and third-party custodial arrangements that warrant consideration and that bear directly on the Court's findings regarding his community ties and his prior failures to appear." *Id*. at PageID 730.

In light of the alleged changed circumstances noted in Defendant's motion, the Court **CONSTRUES** Defendant's motion for reconsideration as a motion for reconsideration of the underlying detention order made pursuant to 18 U.S.C. § 3142(f)(2). Under 18 U.S.C. § 3142(f)(2)(B), "[t]he [detention] hearing may be reopened . . . at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."

Accordingly, the Court hereby **GRANTS** Defendant's motion for reconsideration. Doc. No. 179. Pursuant to Fed. R. Crim. P. 59(a) and Dayton General Order No. 22-01, this issue is **REFERRED** to United States Magistrate Judge Caroline Gentry for prompt consideration and ruling. This referral will terminate upon Judge Gentry's issuance of the required Order.

**IT IS SO ORDERED.**

August 6, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge